IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| DEBRA SUE LIGHTNER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LIBERTY LIFE ASSURANCE COMPANY OF )<br>BOSTON AND LINCOLN NATIONAL )<br>CORPORATION d/b/a LINCOLN FINANCIAL )<br>GROUP, )<br>)<br>Defendant. ) | Civil Action No. 5:19-cv-00195-FPS |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Debra Sue Lightner and Defendants Liberty Life Assurance Company of Boston and Lincoln National Corporation, by and through their respective counsel, hereby stipulate that all claims in the above-styled action shall be and the same hereby are dismissed with prejudice. Each party shall bear her or its own costs, attorney's fees, and expenses of litigation.

Dated: July 17, 2019

| *Attorney for Plaintiff* | *Attorneys for Defendant* |
|---|---|
| By: /s/ Michelle L. Marinacci<br>Michelle L. Marinacci | By: /s/ David L. Delk<br>David L. Delk |
| Gold, Khourey & Turak, L.C.<br>510 Tomlinson Avenue<br>Moundsville, WV  26041<br>304-845-9750<br>mlm@gkt.com | Grove, Holmstrand & Delk, PLLC<br>44 ½ Fifteenth Street<br>Wheeling, WV  26003<br>304-905-1961<br>ddelk@ghdlawfirm.com |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 17, 2019, I electronically filed the Stipulation of Dismissal using the CM/ECF system which will send notification of such filing(s) to the following:

Michelle L. Marinacci
Gold, Khourey & Turak, L.C.
510 Tomlinson Avenue
Moundsville, WV 26041

                                     /s/ David L. Delk
                                     David L. Delk

39050453.1